**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:11-cv-00811-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,

        Plaintiff,

v.

BUZZFEED, INC., a Delaware corporation;
JONAH PERETTI, an individual; and
GAVON LAESSIG, an individual,

        Defendants.

---

**CORPORATE DISCLOSURE STATEMENT**

---

In accordance with Fed. R. Civ. P. 7.1 and D.C.COLO.LCivR 7.4, the undersigned, counsel of record for Righthaven LLC, certifies that the following have a direct, pecuniary interest in the outcome of this case:

1. Righthaven LLC, a Nevada limited-liability company;

2. SI Content Monitor LLC, an Arkansas limited-liability company; and

3. Net Sortie Systems, LLC, a Nevada limited-liability company.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated this 5th day of April, 2011.

        By: /s/ Steven G. Ganim
        STEVEN G. GANIM, ESQ.
        RIGHTHAVEN LLC
        9960 West Cheyenne Avenue, Suite 210
        Las Vegas, Nevada 89129-7701
        Tel: (702) 527-5900
        Fax: (702) 527-5909
        sganim@righthaven.com
        *Attorney for Plaintiff Righthaven LLC*