**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Civil Action No.  11-cv-00811-JLK

RIGHTHAVEN, LLC, a Nevada limited liability company

       Plaintiff,

v.

BUZZFEED, INC., Delaware Corporation;
JONAH PERETTI, an individual; and
GAVON LAESSIG, an individual,

       Defendants.

---

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT
BUZZFEED, INC. TO RESPOND TO COMPLAINT**

---

Pursuant to D.C.Colo.LCivR 6.1(A), Plaintiff Righthaven, LLC and Defendant BuzzFeed, Inc. ("BuzzFeed") hereby stipulate and agree to a 21-day extension of the deadline for Buzzfeed to respond to the Complaint.  BuzzFeed's time to respond has not expired, as its response to the Complaint currently is due April 25, 2011, and an extension is necessary to enable BuzzFeed to evaluate the asserted claims.  No previous extensions for BuzzFeed's Response have been sought or stipulated.  Under this stipulation, BuzzFeed shall have up to and including May 16, 2011, to respond to the Complaint.

Dated April 25, 2011.

| | |
|---|---|
| s/ Kathryn R. Rothman | s/ Steven G. Ganim |
| Peter J. Korneffel, Jr. | Steven G. Ganim |
| Kathryn R. Rothman | RIGHTHAVEN LLC |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | 9960 West Cheyenne Avenue, Suite 210 |
| | Las Vegas, Nevada 89129-7701 |
| 410 Seventeenth Street, Suite 2200 | Tel: (702) 527-5900 |
| Denver, CO 80202-4432 | Fax: (702) 527-5909 |
| Tel: 303.223.1100 | sganim@righthaven.com |
| Fax: 303.223.1111 | |
| pkorneffel@bhfs.com | Attorney for Plaintiff Righthaven, LLC |
| krothman@bhfs.com | |

Attorneys for Defendant BuzzFeed, Inc.

## CERTIFICATE OF SERVICE

We hereby certify that on this 25th day of April, 2011, a true and correct copy of the foregoing **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** was served on the following clients/parties via email:

| | |
|---|---|
| BuzzFeed, Inc. | Righthaven, LLC |
| *Client/Defendant* | *Client/Plaintiff* |
| | |
| *s/Kathryn R. Rothman* | *s/ Steven G. Ganim* |
| Kathryn R. Rothman | Steven G. Ganim |