**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Civil Action No.  11-cv-00811-JLK

RIGHTHAVEN, LLC, a Nevada limited liability company

   Plaintiff,

v.

BUZZFEED, INC., a Delaware Corporation;
JONAH PERETTI, an individual; and
GAVON LAESSIG, an individual,

   Defendants.

---

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT
JONAH PERETTI TO RESPOND TO COMPLAINT**

---

Pursuant to D.C.Colo.LCivR 6.1(A), Plaintiff Righthaven, LLC and Defendant Jonah Peretti hereby stipulate and agree to a 4-day extension of the deadline for Mr. Peretti to respond to the Complaint.  Mr. Peretti's time to respond has not expired, as his response to the Complaint currently is due May 12, 2011, and an extension is necessary to enable Mr. Peretti to evaluate the asserted claims.  No previous extension for Mr. Peretti's Response has been sought or stipulated.  Under this stipulation, Mr. Peretti shall have up to and including May 16, 2011, to respond to the Complaint.

Dated May 11, 2011.

| | |
|---|---|
| s/ Kathryn R. Rothman<br>Peter J. Korneffel, Jr.<br>Kathryn R. Rothman<br>BROWNSTEIN HYATT FARBER<br>SCHRECK, LLP<br>410 Seventeenth Street, Suite 2200<br>Denver, CO 80202-4432<br>Tel: 303.223.1100<br>Fax: 303.223.1111<br>pkorneffel@bhfs.com<br>krothman@bhfs.com<br><br>Attorneys for Defendants BuzzFeed, Inc. and Jonah Peretti | s/ Steven G. Ganim<br>Steven G. Ganim<br>RIGHTHAVEN LLC<br>9960 West Cheyenne Avenue, Suite 210<br>Las Vegas, Nevada 89129-7701<br>Tel: (702) 527-5900<br>Fax: (702) 527-5909<br>sganim@righthaven.com<br><br>Attorney for Plaintiff Righthaven, LLC |

## CERTIFICATE OF SERVICE

We hereby certify that on this 11th day of May, 2011, a true and correct copy of the foregoing **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT JONAH PERETTI TO RESPOND TO COMPLAINT** was served on the following clients/parties via email:

| | |
|---|---|
| Jonah Peretti<br>*Client/Defendant* | Righthaven, LLC<br>*Client/Plaintiff* |
| *s/Kathryn R. Rothman*<br>Kathryn R. Rothman | *s/ Steven G. Ganim*<br>Steven G. Ganim |