**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Civil Action No.  11-cv-00811-JLK

RIGHTHAVEN, LLC, a Nevada limited liability company

       Plaintiff,

v.

BUZZFEED, INC., a Delaware Corporation;
JONAH PERETTI, an individual; and
GAVON LAESSIG, an individual,

       Defendants.

---

## DEFENDANT BUZZFEED, INC.'S CORPORATE DISCLOSURE STATEMENT

---

Defendant BuzzFeed, Inc. ("BuzzFeed"), a nongovernmental corporation, by and through its counsel, submits the following Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1:

    1.    There is no parent corporation for BuzzFeed, Inc.

    2.    There is no publicly held company that owns 10% or more of BuzzFeed, Inc.'s stock.

Dated May 16, 2011.

          s/ Peter J. Korneffel, Jr.
          Peter J. Korneffel, Jr.
          Kathryn R. Rothman
          Kathryn A. Barrett
          BROWNSTEIN HYATT FARBER SCHRECK, LLP
          410 Seventeenth Street, Suite 2200
          Denver, CO 80202-4432
          Tel: 303.223.1100
          Fax: 303.223.1111
          pkorneffel@bhfs.com
          krothman@bhfs.com
          kbarrett@bhfs.com

          Attorneys for Defendants BuzzFeed, Inc.
          and Jonah Peretti

## CERTIFICATE OF SERVICE

    I hereby certify that on this 16th day of May, 2011, a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was filed via the CM/ECF System and a notice of such filing will be sent to:

s/ Steven G. Ganim
Steven G. Ganim
RIGHTHAVEN LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5900
Fax: (702) 527-5909
sganim@righthaven.com

Attorney for Plaintiff Righthaven, LLC

                                                                            s/Kathryn R. Rothman

99999\402\1538655.1