# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **1:11-cv-00811-JLK**

**RIGHTHAVEN LLC**, a Nevada Limited Liability Company
        Plaintiff,

                v.

**BUZZ FEED, INC.**, a Delaware corporation;
**JONAH PERETTI**, an individual; and
**GAVON LAESSIG**, an individual;
        Defendants.

## MINUTE ORDER

Judge John L. Kane ORDERS

        In its Response to Order to Show Cause (doc. 22), Plaintiff Righthaven LLC seeks a stay

in this case.  In light of Righthaven's representation that it intends to appeal the decision

underlying the Order to Show Cause entered in this case, this case shall be stayed until October

27, 2011.  If Righthaven seeks an additional stay in these proceedings, it should file a motion to

that end no later than October 27, 2011.

Dated: October 11, 2011